| | |
|---|---|
| Daniel P. Collins, Chapter 7 Trustee<br>**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**<br>201 North Central Avenue, 22nd Fl.<br>Phoenix, Arizona 85073-0608<br>Telephone (602) 252-1900<br>Facsimile (602) 252-1114<br><br>State Bar Id No. 009055 | |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SOUTHWEST SUPERMARKETS, LLC,<br><br>          Debtor. | Chapter 7<br><br>No. 2:01-bk-14805-RJH<br><br>**APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

The Chapter 7 Trustee, Daniel P. Collins ("Trustee"), hereby states that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Claim No. | Creditor's Name and Address | Amount |
|---|---|---|---|---|
| 1257 | 10/12/09 | 113 | Ashten Racks<br>1849 W. Sequoia Ave.<br>Orange, CA 92868 | 33.75 |
| 1196 | 10/12/09 | 24 | Beltran Shopping Cart Repair<br>3626 N. 21st Drive<br>Phoenix, AZ 85015 | 158.23 |
| 1314 | 10/12/09 | 199 | Berton Company<br>7101 E. Slauson Ave.<br>Commerce, CA 90040-3622 | 32.50 |

| | | | | |
|---|---|---|---|---|
| 1281 | 10/12/09 | 143 | Butler's Inc.<br>P.O. Box 23130<br>Phoenix, AZ 85063 | 195.18 |
| 1362 | 01/14/10 | 17 | Pony Express<br>c/o Pony Express Courier Corp.<br>1209 Orange St.<br>Wilmington, DE 19899 | 178.36 |
| 1376 | 01/14/10 | 198 | KNAI Radio 88.3 FM<br>c/o Michael Nowakowski, GM<br>3602 W. Thomas St., Suite 6<br>Phoenix, AZ 85019 | 723.10 |
| 1363 | 01/14/10 | 40 | Q Matrix, Inc.<br>3550 Round Barn Blvd.,<br>Suite 207<br>Santa Rosa, CA 95403-0921 | 124.56 |
| 1374 | 01/14/10 | 173 | The JDM Group<br>c/o Bula, LLC<br>3021 S. 35th St., Suite 1<br>Phoenix, AZ 85034 | 56.06 |
| 1381 | 01/14/10 | 262 | Virgil R. Warner, Jr.<br>10220 N. 31st Ave., Suite 101<br>Phoenix, AZ 85051 | 34.37 |
| 1284 | 10/12/09 | 146 | ATR Time Solutions, Inc.<br>PO Box 5509<br>Scottsdale, AZ 85261 | 77.35 |
| 1185 | 10/12/09 | 10 | Best Candy Company<br>4239 S. 43rd Pl.<br>Phoenix, AZ 85040 | 31.60 |
| 1272 | 10/12/09 | 131 | Gamboa's Bakery<br>6544 N. 59th Ave.<br>Glendale, AZ 85301 | 311.71 |

| | | | | |
|---|---|---|---|---|
| 1182 | 10/12/09 | 6 | Harley's Electric Service<br>c/o Lloyd D. Campbell, II<br>22939 West Papago St.<br>Buckeye, AZ 85326 | 699.14 |
| 1228 | 10/12/09 | 71 | Hart Lighting & Supply Company<br>c/o Michael E. Donahue<br>5107 S. 36th St.<br>Phoenix, AZ 85040 | 481.33 |
| 1188 | 10/12/09 | 14 | Jet Delivery, Inc.<br>XYZ Services, Inc.<br>PO Box 34964<br>Phoenix, AZ 85067 | 13.53 |
| 1201 | 10/12/09 | 30 | MAS Arizona LLC<br>2020 N. Central Ave.<br>Phoenix, AZ 85004 | 24.83 |
| 1236 | 10/12/09 | 83 | Ochoa's Tortillas, Inc.<br>112 N. Marshall<br>Casa Grande, AZ 85222 | 65.09 |
| 1210 | 10/12/09 | 43 | Water Consultants & Laboratories, LLC<br>912 S. Park Ln, #102<br>Tempe, AZ 85281 | 37.16 |
| | | | **Total** | **$3,277.85** |

The Trustee asks that an order be entered pursuant to § 347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $3,277.85 to the Clerk of the court to be deposited in the Registry thereof.

Dated: June 15, 2010

/s/ Daniel P. Collins          009055
Daniel P. Collins, Chapter 7 Trustee