Daniel P. Collins, Chapter 7 Trustee
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, 22nd Fl.
Phoenix, Arizona 85073-0608
Telephone (602) 252-1900
Facsimile (602) 252-1114
State Bar Id No. 009055

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:                                                ) Chapter 7
                                                      )
SOUTHWEST SUPERMARKETS, LLC,                          ) No. 2:01-bk-14805-RJH
                                                      )
            Debtor.                                   ) **AMENDED PETITION TO PAY
                                                      ) DIVIDEND IN AMOUNT LESS THAN
                                                      ) $5.00 TO THE CLERK OF THE
                                                      ) U.S. BANKRUPTCY COURT**
                                                      )
_____ )

The Chapter 7 Trustee, Daniel P. Collins ("Trustee"), reports that the following dividends in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividends not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in § 347 of the Code.

| Claim No. | Creditor's Name And Address | Amount |
|---|---|---|
| 6 | Harley's Electric Service<br>c/o Lloyd D. Campbell, II<br>22939 West Papago S.<br>Buckeye, AZ 85326 | $0.48 |
| 7 | Onsager & Werner, P.L.C<br>3200 N. Central Ave<br>Phoenix, AZ 85012 | $0.24 |
| 9 | Cerreta Candy<br>Attn: Jonathan Cerreta<br>5345 W. Glendale<br>Glendale, AZ 85301 | $0.04 |
| 10 | Best Candy Company<br>4239 S 43rd Pl<br>Phoenix, AZ 85040 | $0.03 |

| | | |
|---|---|---|
| 11 | Arizona Boys Food Broker Inc.<br>1828 E. Earll Dr.<br>Phoenix, AZ 85016 | $1.16 |
| 15 | Automatic Door Service, Inc.<br>1630 N. 1st Ave.<br>Tucson, AZ 85719 | $0.21 |
| 16 | Apache Awning<br>3440 E. Van Buren<br>Phoenix, AZ 85008 | $0.05 |
| 17 | Pony Express, Inc<br>c/o Pony Express Courier Corp.<br>1209 Orange St.<br>Wilmington, DE 19899 | $0.12 |
| 18 | AT Systems<br>Po Box 15060<br>Los Angeles, CA 90015-0060 | $0.09 |
| 19 | Cookson Door Sales of AZ<br>705 West 22nd Street<br>Tempe, AZ 85282 | $0.04 |
| 22 | Cal Dor Specialties, Inc.<br>244 Millar Avenue<br>El Cajon, CA 92020 | $0.05 |
| 24 | Beltran Shopping Cart Repair<br>3626 N. 21st Drive<br>Phoenix, AZ 85015 | $0.11 |
| 25 | Daniel Ruffing Trucking, Inc<br>PO Box 410<br>Hubbard, OR 97071 | $0.04 |
| 26 | Vintek Sales<br>1903 E. Jensen<br>Mesa, AZ 85203 | $0.03 |
| 27 | Demos Ltd.<br>8321 E. Evans, Suite 104<br>Scottsdale, AZ 85260-3615 | $0.18 |
| 28 | Menlo Plaza Shopping Ctr<br>Paul Ash Investment Co<br>2026 E Prince Rd<br>Tucson, AZ 85719 | $0.73 |

| | | |
|---|---|---:|
| 30 | Mas Arizona LLC<br>2020 North Central Avenue<br>Phoenix, AZ 85004 | $0.02 |
| 31 | Copperstate Glass &Mirror<br>P.O. Box 21303<br>Phoenix, AZ 85036 | $0.08 |
| 32 | Kalil Bottling Company<br>PO Box 26888<br>Tucson, AZ 85726-6888 | $1.37 |
| 34 | Steve Hazen, Ltd<br>3340 North Country Club<br>Tucson, AZ 85716 | $0.05 |
| 36 | Holbrook Electric Inc.<br>PO Box 4516<br>Yuma, AZ 85366-4516 | $0.13 |
| 37 | Pure Fill Container Corp<br>Po Box 8939<br>Los Angeles, CA 90084-8939 | $3.67 |
| 39 | Galinis Automatic Inc.<br>6736 W. Vermont Ave<br>Glendale, AZ 85303 | $0.24 |
| 40 | Q Matrix, Inc.<br>3550 Round Barn Blvd., Suite 207<br>Santa Rosa, CA 95403-0921 | $0.09 |
| 42 | Flagship Technologies, Inc<br>3939 County Road 116<br>Hamel, MN 55340 | $0.02 |
| 43 | Water Consultants & Laboratories, LLC<br>912 S Park Lane, #102<br>Tempe, AZ 85281 | $0.02 |
| 45 | Terminix Pest Control<br>1951 West Grant Road<br>Tucson, AZ 85745-1105 | $0.06 |
| 46 | Jocoran Glass, Inc<br>8756 East Solano Drive<br>Scottsdale, AZ 85250 | $0.05 |

| | | |
|---|---|---|
| 47 | Tredent Data Systems<br>4766 Park Granada<br>Calabas, CA 91302 | $0.03 |
| 49 | Yuma Daily Sun<br>PO Box 271<br>Yuma, AZ 85366-0271 | $0.68 |
| 50 | TRM Copy Centers Corp.<br>5208 N.E.122nd Ave<br>Portland, OR 97230-1074 | $0.10 |
| 51 | Southwest Saw Corporation<br>P.O. Box 262572<br>Houston, TX 77207-2572 | $1.25 |
| 52 | Maverick Store Fixtures<br>c/o Donald W. Powell, Esq.<br>7301 N. 16th St., Suite 102<br>Phoenix, AZ 85020-5297 | $0.08 |
| 54 | Coca Cola of Los Angeles<br>1334 S Central<br>Los Angeles, CA 90021 | $0.09 |
| 57 | Sierra Air Corp.<br>396 W. Keyston Rd.<br>Brawley, CA 92227-9739 | $0.93 |
| 58 | Prudential Overall Supply<br>PO Box 11210<br>Santa Ana, CA 92711 | $0.40 |
| 59 | Lisa Campbell<br>23029 W Paseo Way<br>Buckeye, AZ 85326 | $0.13 |
| 60 | Laserfax, Inc<br>2410 W. Thomas Rd.<br>Phoenix, AZ 85015-5938 | $0.25 |
| 61 | Kittles Lock & Safe Co.<br>4401 E. Speedway Blvd<br>Tucson, AZ 85712 | $0.07 |
| 64 | Sherman & Howard, LLC<br>633 Seventeenth St Suite 3000<br>Denver, CO 80202 | $0.39 |

| | | |
|---|---|---|
| 66 | Spencer's TV & Appliance<br>115 W First Ave<br>Mesa, AZ 85210-1311 | $0.12 |
| 67 | Ramada<br>5251 S. Julian Dr.<br>Tucson, AZ 85706 | $0.23 |
| 68 | T L & C Plumbing & Drain<br>6315 E Voltaire<br>Scottsdale, AZ 85254 | $0.78 |
| 71 | Hart Lighting &Supply Inc<br>c/o Michael E. Donahue<br>5107 S. 36th St.<br>Phoenix, AZ 85040 | $0.33 |
| 72 | Maria's Tortillas<br>P.O. Box 906<br>Mammoth, AZ 85618 | $0.53 |
| 73 | Leon LLC<br>c/o David Lee Real Estate Co.<br>3441 E Speedway Blvd<br>Tucson, AZ 85716-3937 | $0.32 |
| 75 | Advo Inc<br>One Univac Lane<br>Windsor, CT 06095 | $1.56 |
| 76 | Qwest<br>Bankruptcy Dept<br>POB 5508<br>Bismarck, ND 58506 | $0.04 |
| 79 | HBC Phoenix<br>KHOT-FM<br>Phoenix, AZ 85014 | $0.26 |
| 80 | Ace Maintenance Products Co.<br>2207 Concord Pike<br>Wilmington, DE 19803 | $0.08 |
| 82 | Airgas Dry Ice<br>1110 Nasa Rd One #212<br>Nassau Bay, TX 77058 | $0.71 |

| | | | |
|---|---|---|---|
| 83 | Ochoa's Tortillas Inc.<br>112 N. Marshall<br>Casa Grande, AZ 85222 | | $0.05 |
| 86 | City Of Phoenix<br>Water Servicer Dept<br>305 W Washington St<br>Phoenix, AZ 85003 | | $0.77 |
| 88 | Sun Devil Fire Equipment Corp.<br>2211 S. 3rd Drive<br>Phoenix, AZ 85003-2807 | | $0.33 |
| 89 | The Icee Company<br>Department LA 21078<br>Pasadena, CA 91185-1078 | | $0.01 |
| 90 | Drivers License Guide Co<br>1492 Oddstad Drive<br>Redwood City, CA 94065 | | $0.02 |
| 91 | Southland Filtration<br>c/o Aryeh D. Schwartz, Esq.<br>201 N. Central Ave., 33rd Fl.<br>Phoenix, AZ 85004-0001 | | $1.97 |
| 92 | R B Desert Sales<br>c/o The Richard D. Arroyo Fam Trust<br>5201 N. 25th Pl.<br>Phoenix, AZ 85016 | | $0.36 |
| 93 | ABC Badges & Buttons<br>2208 W. Baseline # 171<br>Apache Junction, AZ 85220 | | $0.08 |
| 99 | Fort Dearborn Company<br>Ft Worth Div<br>6035 Gross Pt Road<br>Niles, IL 60714 | | $0.26 |
| N/A | Granite States Insurance Company<br>70 Pine Street<br>New York, NY 10270 | | $4.46 |
| N/A | Herrera's Tortillas<br>11648 Somerton Ave.<br>Yuma, AZ 85365 | | $0.09 |

| | | |
|---|---|---|
| 100 | Mckee Foods Corp<br>PO Box 750<br>Collegedale, TN 37315 | $0.73 |
| 101 | Dimsco Sweeping<br>c/o Mr. Dirt of Arizona<br>4342 N. 38th Dr.<br>Phoenix, AZ 85019-3505 | $0.08 |
| 103 | The Arizona Republic<br>200 E Van Buren<br>Phoenix, AZ 85004 | $3.16 |
| 105 | City of Tucson<br>Po Box 27210<br>Tucson, AZ 85726-7210 | $0.10 |
| 108 | Cabling USA<br>10651 N.46th Avenue<br>Glendale, AZ 85304 | $0.07 |
| 109 | Arizona Public Service Co<br>POB 53933, Mail Station 3209<br>Phoenix, AZ 85072-3933 | $3.66 |
| 111 | Southwest Gas Corp<br>PO Box 52075 42a-493<br>Phoenix, AZ 85072-2075 | $0.15 |
| 112 | Cactus Mat Inc<br>C/O William Holder<br>3130 N 3rd Ave #300<br>Phoenix, AZ 85013 | $0.58 |
| 113 | Ashten Racks<br>1849 W. Sequoia Ave.<br>Orange, CA 92868 | $0.02 |
| 115 | Associated Desert Shoppers, Inc<br>73-400 Hwy 111<br>Palm Desert, CA 92260 | $0.11 |
| 116 | Federal Express<br>2005 Corporate Ave 2nd Floor<br>Memphis, TN 38132 | $0.37 |
| 118 | Nabisco Brands Inc.<br>50 New Commerce Blvd<br>Wilkes-Barre, PA 18762 | $2.42 |

| | | |
|---|---|---|
| 119 | Crimeye, Inc.<br>5411 A West Orange Dr Ste 17<br>Glendale, AZ 85301 | $0.07 |
| 122 | Yuma Fairfield Inn<br>1440 S Clearview Ave #101<br>Mesa, AZ 85208 | $0.06 |
| 123 | Marsh USA, Inc<br>3131 E Camelback Road Ste 400<br>Phoenix, AZ 85016 | $1.32 |
| 124 | Spencer Giffords<br>Rent & Property Taxes<br>PO Box 26937<br>Tucson, AZ 85726-6937 | $1.66 |
| 125 | Big Bear Supermarket No. 3<br>James S Munak<br>3838 Camnino Del Rio North #222<br>San Diego, CA 92108 | $0.56 |
| 126 | Wayne Dalton Corporation<br>Po Box 67<br>Mt Hope OH 44660 | $0.04 |
| 127 | Iron Mountain Inc<br>% D&B Bankruptcy Services<br>POB 5126<br>Timonium, MD 21094 | $0.02 |
| 128 | Randstad<br>2015 South Park Place<br>Atlanta GA 30339 | $0.08 |
| 129 | Sunstate Sweeping, Inc.<br>% Golston Keister & Steen PLC<br>4500 S Lakeshore Drive #570<br>Tempe, AZ 85282 | $0.22 |
| 130 | Pacific Bell<br>PO Box 989029<br>West Sacramento, CA 95798-9029 | $0.01 |
| 131 | Gamboa's Bakery<br>6544 N 59th Avenue<br>Glendale, AZ 85301 | $0.21 |

| | | |
|---|---|---:|
| 132 | Keebler Company<br>745 Larch<br>Elmhurst, IL 60126 | $0.01 |
| 133 | J & N Pinatas<br>5901 W Coolidge St<br>Phoenix, AZ 85033 | $0.29 |
| 134 | City of Yuma<br>180 West First St<br>Yuma, AZ 85364 | $0.05 |
| 137 | AZ Extra<br>3401 E. Wier Ave.<br>Phoenix, AZ 85040-2884 | $0.02 |
| 139 | Fiesta Mexican Foods<br>979 'G' Street<br>Brawley, CA 92227 | $0.56 |
| 140 | RGIS Inventory Specialist Inc.<br>PO Box 77631<br>Detroit, MI 48277 | $1.37 |
| 141 | Navajo Shipper Companies<br>1400 W 64th Ave.<br>Denver, CO 80221 | $1.62 |
| 142 | Infinity Printing Inc.<br>9398 E. Altadena Ave.<br>Scottsdale, AZ 85260-5831 | $1.38 |
| 143 | Butler's Inc.<br>P.O. Box 23130<br>Phoenix, AZ 85063 | $0.13 |
| 144 | Party Carousel<br>903 N Swan Road<br>Tucson, AZ 85711-1213 | $0.02 |
| 145 | City of Glendale<br>PO Box 500<br>Glendale, AZ 85311-0500 | $0.18 |
| 146 | ATR Time Solutions<br>PO Box 5509<br>Scottsdale, AZ 85261 | $0.06 |

| | | |
|---|---|---|
| 147 | ACM Equipment Rental & Sales<br>4010 S. 22nd Street<br>Phoenix, AZ 85040 | $0.01 |
| 148 | Federal Communications Group<br>2328 West Huntington Drive<br>Tempe, AZ 85282 | $0.27 |
| 149 | Fidelity Press<br>c/o Greg and Jennifer Redd<br>710 West Geneva Dr.<br>Tempe, AZ 85282 | $0.91 |
| 150 | Quest<br>1000 Willagillespie Rd., Suite 500<br>Eugene, OR 97402 | $0.33 |
| 151 | Tucson Newspaper<br>4850 A Park Ave<br>Tucson, AZ 85714 | $0.17 |
| 152 | Imperial Valley Press<br>205 North 8th Street<br>El Centro, CA 92244 | $0.37 |
| 153 | GHA Technologies<br>P.O. Box 53567<br>Phoenix, AZ 85072-3567 | $0.08 |
| 154 | Flowers By Impulse<br>1031 W. Geneva<br>Tempe, AZ 85282 | $0.16 |
| 155 | Via Nueva Foods<br>PO Box 21425<br>Los Angeles, CA 90021-0348 | $0.55 |
| 157 | Bert's Electric & Plumbing<br>3843 E Kleindale Ste 1<br>Tucson, AZ 85716 | $1.52 |
| 159 | Frito-Lay Inc<br>PO Box 660228<br>Dallas, TX 75266-0228 | $2.48 |
| 161 | Crawford Investigation Svcs<br>PO Box 105159<br>Atlanta, GA 30348-5159 | $0.48 |

| | | |
|---|---|---|
| 162 | Bargain Wholsale<br>4000 Union Pacific Avenue<br>City Of Commerce, CA 90023 | $0.07 |
| 164 | Labor Express, Inc.<br>P.O. Box 1205<br>Chandler, AZ 85244-1205 | $0.03 |
| 167 | 3 S Corporation<br>4025 E. Chandler Blvd. St 70-A2<br>Phoenix, AZ 85044 | $0.01 |
| 168 | Red Eagle Enterprises<br>dba El Porvenir Tortillas<br>12946 Santa Fe Drive<br>Surprise, AZ 85374 | $1.78 |
| 173 | The JDM Group<br>c/o Bula, LLC<br>3021 S. 35th St., Suite 1<br>Phoenix, AZ 85034 | $0.04 |
| 174 | Fisher Nursery<br>P.O Box 657<br>Ripon, CA 95366 | $0.49 |
| 175 | Clean Team Company<br>3655 Pacific Highway<br>San Diego, CA 92101 | $0.01 |
| 179 | Unilever Bestfoods<br>2200 Labut Drive #200<br>Lisle, IL 60532 | $1.97 |
| 180 | Pepsi Cola of Tucson<br>PO Box 7920<br>Colorado Springs, CO 80933-7920 | $4.90 |
| 181 | Strum Foods<br>P.O Box 287<br>Manawa, WI 54969 | $0.01 |
| 187 | Holsum Bakery<br>P.O. Box 29192<br>Phoenix, AZ 85038-9192 | $2.09 |
| 188 | AOC<br>Park 80 West Plaza II 9th Floor<br>Saddlebrook, NJ 07663 | $0.47 |

| | | |
|---|---|---|
| 194 | City of Chandler<br>c/o James R. Cairns III, Esq.<br>PO Box 4008 MS 602<br>Chandler, AZ 85244-4008 | $0.04 |
| 195 | Infinity Solutions<br>333 W Roosevelt<br>Phoenix, AZ 85003 | $0.04 |
| 196 | W.W. Grainger<br>7300 N Melvina Ave<br>Niles, IL 60714-3998 | $0.01 |
| 198 | KNAI Radio 88.3 Fm<br>c/o Michael Nowakowski, GM<br>3602 W. Thomas St., Suite 6<br>Phoenix, AZ 85019 | $0.50 |
| 199 | Berton Company<br>7101 E. Slauson Ave.<br>Commerce, CA 90040-3622 | $0.02 |
| 208 | Cacique Dist USA<br>c/o George C. Salmas<br>1880 Century Park East, Suite 420<br>Los Angeles, CA 90067 | $3.47 |
| 210 | Best Foods Baking Co<br>140 N Aviation Blvd<br>El Segundo, CA 90245 | $0.03 |
| 211 | Vertis Inc<br>fka Treasure Chest Advertising<br>c/o Luke J. Brandonisio<br>250 W. Pratt Street<br>Baltimore, MD 21201 | $4.16 |
| 213 | Burns International Security Services<br>2 Campus Drive<br>Parsipanny, NJ 07054 | $0.06 |
| 214 | Tucson Electric Power Co.<br>Po Box 27327<br>Tucson, AZ 85726 | $1.74 |
| 217 | Pepsi Cola Company<br>C/O Lena Matherley<br>1100 Reynolds Blvd<br>Winston-Salem, NC 27105 | $0.42 |

| | | | |
|---|---|---|---|
| 1 | 218 | Wilderness Electric<br>319 W Lone Cactus Dr #A<br>Phoenix, AZ 85027 | $4.50 |
| 2 | | | |
| 3 | 219 | ILD Telecommunications<br>Attention: Accounts Receivable<br>2600 Cumberland Parkway #200<br>Atlanta, GA 30339 | $3.44 |
| 4 | | | |
| 5 | | | |
| 6 | 221 | City of Mesa<br>P.O. Box 1878<br>Mesa, AZ 85211-1878 | $0.77 |
| 7 | | | |
| 8 | 223 | Salt River Project<br>PO Box 2950<br>Phoenix, AZ 85062-2950 | $0.59 |
| 9 | | | |
| 10 | 226 | Pepsi Cola of Tucson<br>PO Box 7920<br>Colorado Springs, CO 80933-7920 | $0.85 |
| 11 | | | |
| 12 | 232 | Kirst Equipment Company<br>15855 N. Greenway Rd.<br>Scottsdale, AZ 85260 | $0.08 |
| 13 | | | |
| 14 | | | |
| 15 | 234 | Tucson Tallow<br>3928 N. Fairview Rd<br>Tucson, AZ 85705 | $0.09 |
| 16 | | | |
| 17 | 235 | The Marco Company<br>3209 Marquita Dr.<br>Forth Worth, TX 76121-3439 | $0.16 |
| 18 | | | |
| 19 | 236 | Security Services of America LLC<br>840 W University #1<br>Mesa, AZ 85201 | $0.39 |
| 20 | | | |
| 21 | 237 | Bowling Refrigeration<br>1920- South Factor Ave<br>Yuma, AZ 85365 | $0.13 |
| 22 | | | |
| 23 | 241 | Brutinel Plumbing & Elect<br>P.O. Box 12100<br>Casa Grande, AZ 85230-2100 | $0.32 |
| 24 | | | |
| 25 | | | |
| 26 | 242 | BC Distributing<br>1536 West Todd Drive A-105<br>Tempe, AZ 85283 | $0.97 |

| | | |
|---|---|---|
| 243 | Total Wharehouse Inc.<br>4411 W. Roosevelt Street<br>Phoenix, AZ 85043 | $1.34 |
| 246 | Mounce, Green, Myers, Safi &<br>Galatzan Attorneys At Law<br>P.O. Box 1977<br>El Paso, TX 79950-1977 | $0.05 |
| 248 | De Lage Landen Financial Services Inc<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 | $0.08 |
| 256 | Casa Grande Valley Newspapers Inc.<br>P.O. Box 15002<br>Casa Grande, AZ 85230 | $0.28 |
| 259 | College Park Center, LLC<br>c/o Steve A. Hirsch, Esq.<br>Bryan Cave, LLP<br>2 N Central Ave #2200<br>Phoenix, AZ 85004 | $0.98 |
| 262 | Virgil R. Warner, Jr.<br>10220 N. 31st Ave., Suite 101<br>Phoenix, AZ 85051 | $0.03 |
| 266 | Rug Doctor<br>4701 Old Shepard Place<br>Plano, TX 75093-5250 | $0.97 |
| 267 | Michael & Stasia Stoffey<br>% Michael R. King<br>Gammage & Burnham<br>2 North Central Ave, 18th Fl<br>Phoenix, AZ 85004 | $1.89 |
| 270 | Anderson News Co<br>6016 Brookvale Lane Ste 151<br>Knoxville, TN 37919 | $2.14 |
| 271 | General Electric Capital Corp<br>Attn: Ms. Judy Burghart<br>GE Vender, Financial Services<br>010 Thomas Edison Bl<br>Cedar Rapids, IA 52404 | $0.07 |

| | | |
|---|---|---|
| 273p | IBM Corp<br>1605 LBJ Freeway 4th Floor<br>Dallas, TX 75234 | $0.22 |
| 273u | IBM Corp<br>1605 LBJ Freeway 4th Floor<br>Dallas, TX 75234 | $0.86 |
| 274 | Imperial Irrigation District<br>Acct#16-40-1059-03<br>Imperial, CA 92251-0937 | $0.22 |
| 276 | P.E. Rubaloff Company Inc<br>11 Saddle Road<br>Ranco Palos Verdes, CA 90275 | $0.13 |
| 277u | Handling Systems, Inc.<br>2659 E. Magnolia Street<br>Phoenix, AZ 85034 | $2.29 |
| 278 | Hobart Corporation<br>C/O Christian A. Peterson<br>Gunster, Yoakley & Stewart, P.A.<br>500 E. Broward B<br>Fort Lauderdale, FL 33394 | $2.48 |
| 279 | Brinks Inc<br>J. Michael McBride, PC<br>777 Main St, Ste 1150<br>Fort Worth, TX 76102 | $0.61 |
| 282 | Terryberry<br>2033 Oak Industrial Drive, NE<br>Grand Rapids, MI 49501-0502 | $0.23 |
| 284 | Southern California Gas Co.<br>Credit & Revenue Collections<br>The Gas Co.<br>POB 30337<br>Los Angeles, CA 90030-0337 | $0.01 |
| 289 | City Of Casa Grande<br>510 E. Florence Blvd.<br>Casa Grande, AZ 85222 | $0.06 |

| | | |
|---|---|---|
| 292 | Schwan's Consumer Brands N.A., Inc. (Notices)<br>c/o Alecia Chandler<br>The Schwan Food Co., Law Department<br>115 West College Dr.<br>Marshall, MN 56258 | $1.12 |

The Trustee asks that an order be entered pursuant to Bankruptcy Rule 3010, and § 347 of the Bankruptcy Code directing the Trustee to pay over the amount of $106.59 to the Clerk of the Court.

Dated: <u>July 21, 2010</u>

<u>/s/ Daniel P. Collins            009055</u>
Daniel P. Collins, Chapter 7 Trustee