1    Daniel P. Collins, Chapter 7 Trustee
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
2    201 North Central Avenue, 22nd Fl.
Phoenix, Arizona 85073-0608
3    Telephone (602) 252-1900
Facsimile (602) 252-1114

State Bar Id No. 009055

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| SOUTHWEST SUPERMARKETS, LLC, | No. 2:01-bk-14805-RJH |
| Debtor. | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

The Chapter 7 Trustee, Daniel P. Collins ("Trustee"), hereby states that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| **Check No.** | **Date Issued** | **Claim No.** | **Creditor's Name and Address** | **Amount** |
|---|---|---|---|---|
| 11393 | 07/20/2010 | 165 | La Tapatia/Bimbo Bakeries, Inc.<br>Dept #1016<br>Los Angeles, CA 90084 | 9.54 |
| 11396 | 07/20/2010 | 268 | Sunburst Foods, Inc.<br>2426 South 7th Street<br>Phoenix, AZ 85034 | 11.07 |
| | | | **Total** | **$20.61** |

1       The Trustee asks that an order be entered pursuant to § 347(a) of the Bankruptcy Code
2 directing the Trustee to pay over the amount of $20.61 to the Clerk of the court to be deposited
3 in the Registry thereof.
4       Dated: <u>February 14, 2011</u>

                                  <u>/s/ Daniel P. Collins         009055</u>
                                  Daniel P. Collins, Chapter 7 Trustee